296 F.2d 742
 Robert E. SUNSHINE
v.
C. L. TYRRELL, Trustee in Bankruptcy.
 No. 6735.
 United States Court of Appeals Tenth Circuit.
 Aug. 10, 1961.
 
 Appeal from the United States District Court for the District of Colorado.
 Herbert W. DeLaney, Jr., Denver, Colo., for appellant.
 John W. Low, Denver, Colo., and Ben D. Sublett, Sterling, Colo., for appellee.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation of counsel.